FILED

02/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0308

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0308

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ROBERT LEROY JAMES ALLERY,

      Defendant and Appellant.

## ORDER

Following entry of this Court's February 7, 2023 Opinion reversing and remanding this case with instructions to dismiss, Defendant and Appellant Robert Allery has moved for immediate remittitur. Allery represents that the State of Montana does not oppose this motion. Good cause appearing,

IT IS ORDERED that remittitur shall issue immediately.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 9 2023